UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PAO HUE YENG XIONG,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-00948-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| ALBERT THOMAS,<br>Defendant | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 13), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Complaint (ECF No. 1) is hereby DENIED and DISMISSED under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A, WITH PREJUDICE to the claims being asserted again until the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994), have been met. See *DeLeon v. City of Corpus Christi*, 488 F.3d 649, 657 (5th Cir. 2007).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED in Chambers, this 21st day of October, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE